```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE J05-0006--CV (JWS)
                  "SOA V VESSEL JOANICE T ET AL"

         Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
    Referral Rule:  MJ 4(11 & 12)
            Filed: 03/16/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (220) Foreclosure
                   28 USC 1333
           Origin: (1) Original Proceeding
           Demand: 40
       Filing fee: Paid $250.00 on 03/16/05 receipt # 10096895
         Trial by:
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | ALASKA, STATE OF, DEPT OF COMMUNITY & ECONOMIC DEVELOPMENT | Christopher C. Poag<br>Attorney General's Office<br>POB 110300<br>Juneau, AK 99811-0300<br>907-465-3600 |
| DEF 1.1 | [T] JOANICE T, VESSEL IN REM | No counsel found for this party! |
| DEF 2.1 | TORSEN, HOWARD B. IN PERSONAM | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE J05-0006--CV (JWS)
                "SOA V VESSEL JOANICE T ET AL"

                       For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
    Referral Rule:  MJ 4(11 & 12)
            Filed:  03/16/05
           Closed:  NO

     Jurisdiction:  (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit:  (220) Foreclosure
                    28 USC 1333
           Origin:  (1) Original Proceeding
           Demand:  40
       Filing fee:  Paid $250.00 on 03/16/05 receipt # 10096895
         Trial by:
```

```
Document #  Filed      Docket text
_____  _____  _____

    1 -  1  03/16/05   Complaint filed; Summons issued.

    2 -  1  03/16/05   PLF 1 motion for order authorizing clerk to issue in rem warrant for
                       arrest of vessel w/att affidavit.

    3 -  1  03/16/05   PLF 1 motion for order appointing substitute custodian and for expedited
                       consideration w/att affidavit.

    4 -  1  03/17/05   Minute Order that case referred to MJ Pallenberg per LMR 4(11). cc: C.
                       Poag, MJ Pallenberg

    5 -  1  03/22/05   PMP Order granting motion for order authorizing clerk to issue in rem
                       warrant for arrest of (2-1) vessel.  cc: C. Poag, USM

    6 -  1  03/22/05   PMP Order granting motion for order appointing substitute custodian and
                       for expedited (3-1) consideration. cc: C. Poag, USM

 NOTE -  1  03/23/05   Issued: WOA in rem (orig to USM)

    7 -  1  04/14/05   USM Return of svc on WOA, Complaint, & sub custodian on 4/12/05.

    8 -  1  04/19/05   PLF 1 motion to move F/V Joanice T and for expedited consideration w/att
                       exh.

    9 -  1  04/21/05   PMP Order granting motion to move F/V Joanice T and for expedited
                       consideration. (8-1) cc: C. Poag, USM, H. Torsen

   10 -  1  05/05/05   USM Return of svc re notice of arrest re: DEF 1 in the Anch Daily News
                       on 4/17/05 and the Kodiak Daily Mirror on 4/18/05.

   11 -  1  05/17/05   USM Return of svc of complaint and summons pkg re: DEF on 5/4/05.

  11A-  1  05/25/05    PLF 1 Application for entry of default in personam w/att exh.

  11B-  1  05/25/05    PLF 1 Application for entry of default in rem w/att exhs.

   12 -  1  05/27/05   PMP Minute Order re pltf to require an answer or apply for default due
                       w/in 20 days. cc: cnsl
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE J05-0006--CV (JWS)
                            "SOA V VESSEL JOANICE T ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 06/01/05 | Clerk's Notice entering default in rem. cc: C. Poag |
| 14 - 1 | 06/01/05 | Clerk's Notice entering default in personam. cc: C. Poag |
| 15 - 1 | 06/10/05 | PLF 1 motion for order of sale w/att aff. |
| 15 - 2 | 06/10/05 | PLF 1 motion for default judgment in rem w/att aff. |
| 16 - 1 | 06/27/05 | JWS Order granting motion for order of sale (15-1); sale to be held 7/19/05 by USM @ Anchorage. cc: cnsl, USM, Finance, MJ Pallenberg |
| 17 - 1 | 06/27/05 | JWS Default Judgment granting mot for dft judg in rem (15-2); judg entered against vessel in the principal amount of $25,326.62. cc: cnsl, USM, MJ Pallenberg, O&J |
| 18 - 1 | 07/21/05 | USM Return of svc unexecuted on sale of vessel. |
| 19 - 1 | 07/21/05 | USM Return of svc on proof of publication of notice of sale in the Anchorage Daily News on 7/07/05;7/08/05;7/09/05;7/10/05 & 7/11/05. |
| 20 - 1 | 09/30/05 | PLF 1 Report re: status after Ch 13 bankruptcy filing. |
| 21 - 1 | 10/14/05 | PMP Minute Order in light of the notice of chapter 13 bankruptcy filing (dkt 20), all action and proceedings in this case are hereby stayed. Plf counsel shall file a report as to the status of the bankruptcy by 4/13/06.  cc: cnsl, Judge Sedwick |