

DAVID W. MARQUEZ
ATTORNEY GENERAL

Christopher C. Poag
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9807039

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMERCE, COMMUNITY AND ECONOMIC DEVELOPMENT, DIVISION OF INVESTMENTS, ) ) ) ) ) | IN ADMIRALTY

Case No. J05-006 CV(JWS) |
| Plaintiff, ) ) | |
| vs. ) ) | |
| JOANICE T, Official Number 555,377 In Rem; HOWARD B. TORSEN a.k.a. HOWARD TORSEN, In Personam, ) ) ) ) ) | |
| Defendant. ) | |

**NOTICE TO COURT**

TAKE NOTICE that the above captioned matter has been resolved in the

United States Bankruptcy Court, Case No. A05-00860-DMD and this proceeding may

now be closed.

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

1

2

3

DATED this 30th day of March, 2006, at Juneau, Alaska.

DAVID W. MARQUEZ
ATTORNEY GENERAL

By:

Christopher C. Poag
Assistant Attorney General

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600